UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04M-1058-JGD |
| ) | |
| LUIS ALCANTARA ) | |
| a/k/a/ LUIS CABRERA ) | |

## GOVERNMENT'S MOTION TO UNSEAL COMPLAINT

The United States of America hereby moves this Court to direct that the complaint, and supporting affidavit be unsealed in this matter. As grounds therefore, the government states that the person named in the indictment is in custody. As a result, the public disclosure of the information contained in said documents will no longer jeopardize an ongoing criminal investigation.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Seth P. Berman
Seth P. Berman
Assistant U.S. Attorney

Date: May 4, 2004

**SEALED**

**DOCKETED**

